**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

**CASE NO. 19-CIV-81554-RAR**

**SILVIA ALFARO**,

    Plaintiff,

v.

**SUPERNUS PHARMACEUTICALS, INC.**,

    Defendant.

_____/

**ORDER DISMISSING CASE WITH PREJUDICE**

**THIS CAUSE** is before the Court upon the Joint Stipulation of Dismissal with Prejudice [ECF No. 9] filed on January 10, 2020. Being fully advised, it is

**ORDERED AND ADJUDGED** that the above-styled case is **DISMISSED** *with prejudice*. However, claims asserted on behalf of the putative class are **DISMISSED** *without prejudice*. The Clerk is directed to **CLOSE** the case. Any pending motions are **DENIED as moot.**

**ONE AND ORDERED** in Fort Lauderdale, Florida this 13th day of January, 2020.

                                            **RODOLFO RUIZ**
                                            **UNITED STATES DISTRICT JUDGE**

cc:    counsel of record